

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00060-CV

DARYL BARNES AND DEMEATRICE GOFF, Appellants

V.

NATIONAL HOUSING DEVELOPMENT CORPORATION COLONY LLC, Appellee

Appeal from the 129th District Court of Harris County.   (Tr. Ct. No. 2012-34954).

**TO THE 129th DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> After due consideration, the Court **dismisses** the appeal for want of jurisdiction.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered June 18, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in

this behalf and in all things to have it duly recognized, obeyed, and executed.

August 28, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

